**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00913-CV

**SHEIK TEHUTI, Appellant**

**V.**

**ATMOS ENERGY CORP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12135**

## ORDER

Before the Court is appellant's December 18, 2014, Motion to Consolidate and Motion for Annexed Brief. The motion is **DENIED**. The Court filed appellant's amended brief on December 18, 2014. Any amended brief by appellee must be filed no later than 30 days from the date of this Order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE